UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BERNAL,<br><br>   Petitioner,<br><br> v.<br><br>WARDEN YOUNG,<br><br>   Respondent. | Case No. 1:20-cv-00616-JDP<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>ECF No. 7<br><br>ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE RESPONDENT<br><br>ECF No. 6 |

  Petitioner Anthony Bernal, a federal prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On July 13, 2020, respondent moved to dismiss the petition, ECF No. 6, and requested to file documents under seal pursuant to Local Rule 141(b), ECF No. 7. Petitioner has not filed an opposition to respondent's request, and the time for doing so has passed.

  In the Ninth Circuit, there is a "strong presumption in favor of access to court records." *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). However, the presumption is not absolute and "can be overridden given sufficiently compelling reasons for doing so." *See id*. Here, respondent seeks to seal pages 32-48 of the appendix to the motion to dismiss. ECF No. 6-1 at 32. In support of his request, respondent states that the documents are

1

sensitive in nature, are not otherwise available to the public, and that petitioner has access to these documents. For good cause shown, respondent's request is granted.

Additionally, respondent has notified the court that the proper respondent in this case is Michael J. Lejeune, the acting warden of FCI Mendota. ECF No. 6 at 1. Pursuant to Federal Rule of Civil Procedure 25(d), the name of the respondent is substituted accordingly. The clerk of court is directed to substitute Michael J. Lejeune as the respondent in this case.

**Order**

1. Respondent's request to file documents under seal is granted. ECF No. 7.
2. The clerk of court is directed to substitute Michael J. Lejeune as the respondent in this case. ECF No. 6.

IT IS SO ORDERED.

Dated:   August 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 206.